1076

[No. 22714-2-II.    Division Two.    January 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEE HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00957-0, Barbara D. Johnson, J., entered December 18, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 22792-4-II.    Division Two.    January 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01412-3, Barbara D. Johnson, J., entered January 7, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22812-2-II.    Division Two.    January 29, 1999.]

TAMERA DOEPKER, *Respondent*, v. ALLSTATE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09674-7, John A. McCarthy, J., entered January 7, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 40305-2-I.    Division One.    February 1, 1999.]

FRED REPASS, ET AL., *Appellants*, v. LEE ANDERSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-33617-5, Robert H. Alsdorf, J., entered February 18, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Cox and Ellington, JJ.